**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: 32nd JUDICIAL DISTRICT -     :     No. 30 MM 2020
REQUEST FOR EMERGENCY JUDICIAL     :
ORDER                               :
                                    :

## ORDER

**AND NOW**, this 17th day of March, 2020, the Application of the Honorable Kevin F. Kelly, President Judge of the Thirty-Second Judicial District, requesting an emergency judicial order, is GRANTED, as the requested relief is consistent with this Court's order declaring a General Statewide Judicial Emergency. *See* 531 Judicial Administration Docket (order dated March 16, 2020). Consistent with that order, President Judge Kelly is DIRECTED to file a Declaration within 24 hours.

THOMAS G. SAYLOR
Chief Justice of Pennsylvania